IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA WALKER, Individually, and As Personal Representative for the Estate Of Jason Wallace, deceased, et al., | * * | |
| Plaintiffs, | * | Case No. 16-cv-3136-MJG |
| v. | * | |
| STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION OF PLAINTIFFS TO INTERVENE

Minor Plaintiffs K.W. and V.W., by their next friend, June Stephanie Woerner, and through their attorney, C. Justin Brown, Brown & Nieto, LLC, hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 24, to intervene as Plaintiffs. In support of this Motion, minors K.W. and V.W. state the following:

1. Plaintiffs Veronica Walker and Gilbert Wallace filed suit against the State of Maryland, and individuals employed by the State of Maryland, alleging damages that resulted from the death of their son, Jason Wallace.

2. In the lawsuit, K.W. and V.W., the surviving minor children of Jason Wallace, were named as use plaintiffs. Based on information and belief, K.W. and V.W. are the only children of Wallace, and thus are his sole heirs.

3. June Stephanie Woerner is the maternal grandmother of K.W. and V.W. She is also the custodial guardian and next friend of the minors. She has had full custody of the children since 2009.

4.	In about November of 2016, Woerner received notice that Walker and Wallace had filed a federal lawsuit, Case Number 16-cv-3136-MJG.

5.	As next friend of minors K.W. and V.W., Woerner now intervenes in this lawsuit to represent their claims and legal interests, which are spelled out in the Complaint. (ECF Nos. 1 & 3).

6.	As of this filing, the named defendants have yet to answer the complaint; thus the intervention would not unduly delay or prejudice the adjudication of the original parties' rights.

WHEREFORE, minor plaintiffs K.W. and V.W. respectfully request that they be allowed to intervene as plaintiffs in this lawsuit.


Respectfully Submitted,


_____/s/_____
C. Justin Brown
BROWN & NIETO, LLC
231 East Baltimore Street, Suite 1102
Baltimore, Maryland 21202
Tel: 410-244-5444
Fax: 410-934-3208

*Counsel for June Stephanie Woerner,
next friend of minors K.W. and V.W.*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on December 19, 2016, a copy of this Motion was served on all parties via CM/ECF.

              _____/s/_____
              C. Justin Brown