IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERONICA WALKER, Individually, and             *
as Personal Representative for the Estate
of Jason Wallace, deceased, et al.             *

        Plaintiffs,                            *

v.                                             *    Civil No. MJG-16-3136

STATE OF MARYLAND ET AL.                       *

        Defendants.                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the foregoing Consent Motion for Extension of Time, it is this 12th day of January, 2017, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant, Correctional Officer II Drew Cook, to file a response to the Motion to Intervene is hereby extended to and including Monday, February 6, 2017.

/s/
_____
MARVIN J. GARBIS
United States District Judge

4