IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERONICA WALKER, Individually, and as Personal Representative for the Estate of Jason Wallace, Deceased, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil No. MJG-16-3136 |
| STATE OF MARYLAND, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the foregoing Consent Motion for Extension of Time to file a response to the Complaint and Motion to Intervene, it is this 2nd day of February, 2017, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendants, State of Maryland, William May, Roderick Sowers, Gary Maynard and Frank Bishop, to file a response to the Complaint and to the Motion to Intervene is hereby extended to and including March 6, 2017.

/s/
MARVIN J. GARBIS
United States District Judge